UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONSOLIDATED WEALTH HOLDINGS, INC., CONSOLIDATED WEALTH MANAGEMENT, LTD, COORDINATED WEALTH MANAGEMENT, LLC, GRANITE FINANCIAL, INC., and JOHN E. SPALDING, | § § § § § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:19-cv-04437 |
| V. | § § § | |
| SANDRA VINCENT and KYLE O'NEAL, | § § § § | |
| Defendants. | § | |

## PLAINTIFFS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Consolidated Wealth Holdings, Inc., Consolidated Wealth Management, Ltd., Coordinated Wealth Management, LLC f/k/a Consolidated Wealth Management, LLC, Granite Financial, Inc., and John E. Spalding hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Memorandum and Opinion of July 29, 2021 (Dkt. No. 38) denying Plaintiffs' Motion to Vacate Clause Construction Award.

DATED:  August 30, 2021.

Respectfully submitted,

**WILSONKELLY LLC**

*/s/ Michael M. Wilson*
Michael M. Wilson
State Bar No. 21704800
Email: mwilson@wilsonkelly.com
3702 Mt. Vernon Street
Houston, Texas 77006
T: 713-590-9730
C: 713-817-0900
F: 866-743-1339

**ATTORNEY FOR PLAINITFFS**

### CERTIFICATE OF SERVICE

By my signature below, I certify that August 30, 2021, the foregoing was forwarded by email to the following counsel of record:

Keith L. Langston
ROACH LANGSTON BRUNO, LLP
205 Linda Drive
Daingerfield, Texas 75638
klangston@rlbfirm.com

Klint L. Bruno
Michael L. Silverman
ROACH LANGSTON BRUNO, LLP
500 North Michigan Avenue, Suite 600
Chicago, Illinois 60611
kbruno@rlbfirm.com
msilverman@rlbfirm.com

It has also been sent to the AAA and the arbitrators by email:

Jonathan J. Weed
Director of ADR Operations
American Arbitration Association
jonathanweed@adr.org

Ronald S. Longhofer, Panel Chair
rlonghofer@rslfinancialconsulting.com

Roger Greenberg, Arbitrator
roger@smglawgroup.com

Michele O'Brien, Arbitrator
mob@mob-law.com

*/s/ Michael M. Wilson*
Michael M. Wilson