# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 19, 2021

United States Courts
Southern District of Texas
FILED

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 21-20469    Consolidated Wealth v. Vincent
USDC No. 4:19-CV-4437

November 19, 2021

Nathan Ochsner, Clerk of Court

The court has considered the joint motion of Coordinated Wealth Management, L.L.C., Granite Financial, Incorporated, Consolidated Wealth Holdings, Incorporated, Consolidated Wealth Management, Limited, Kyle O'Neal, John E. Spalding, Sandra Vincent to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Coordinated Wealth Management, L.L.C., Granite Financial, Incorporated, Consolidated Wealth Holdings, Incorporated, Consolidated Wealth Management, Limited, Kyle O'Neal, John E. Spalding, Sandra Vincent may obtain all ex parte documents *filed on behalf of* Coordinated Wealth Management, L.L.C., Granite Financial, Incorporated, Consolidated Wealth Holdings, Incorporated, Consolidated Wealth Management, Limited, Kyle O'Neal, John E. Spalding, Sandra Vincent, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Klint Bruno
Mr. Keith Lamar Langston
Mr. Nathan Ochsner
Mr. Michael Silverman
Mr. Michael McClure Wilson

# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*November 19, 2021*
Nathan Ochsner, Clerk of Court

No. 21-20469

CONSOLIDATED WEALTH HOLDINGS, INCORPORATED;
CONSOLIDATED WEALTH MANAGEMENT, LIMITED;
COORDINATED WEALTH MANAGEMENT, L.L.C.; GRANITE
FINANCIAL, INCORPORATED; JOHN E. SPALDING,

*Plaintiffs—Appellants,*

*versus*

SANDRA VINCENT; KYLE O'NEAL,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-4437

ORDER:

IT IS ORDERED that the joint stipulation of the parties to view and obtain all sealed documents is GRANTED.

/s/ Leslie H. Southwick
LESLIE H. SOUTHWICK
*United States Circuit Judge*